IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-438-CNS-CYC

MELISSA LAMMERT

Plaintiff,

v.

WELLPATH, LLC;
JEANNETTE LYNN SIMMONS, Wellpath nurse;
LYNN ILARRAZA, A.K.A. LYNN LLARRAZA, Wellpath nurse;
BRENDA WENDT, Wellpath nurse;
JOHN DOES #1-#5, Wellpath employees;
TYLER BROWN, Arapahoe County Sheriff, in his official capacity;

Defendants.

## JOINT MOTION TO REOPEN CASE

The parties, through their respective counsel, jointly move the Court for an order reopening this case as to all Defendants except Wellpath.[1] As grounds, they state the following:

    1.    On November 11, 2024, Defendant Wellpath commenced a bankruptcy action that resulted in an automatic stay of this litigation. ECF 129-2; 132.

    2.    On February 11, 2025, the Court entered an order administratively closing this case for the pendency of the bankruptcy stay. ECF 133.

---

[1] Plaintiff's claims against Wellpath were discharged in the bankruptcy proceeding.

3. The February 11, 2025 order provides that any party could move to reopen the case "for good cause, including if the stay is lifted or relief from the stay is granted." ECF 132.

4. On May 1, 2025, the bankruptcy court entered an order providing that the stay of litigation as to non-debtor defendants lifted on May 7, 2025. *See* Exhibit A (order). As a result, this litigation is no longer automatically stayed as to the Defendants Tyler Brown, Jeannette Simmons, Lynn Ilarraza, or Brenda Wendt.

5. Due to the vacatur of the stay against Defendants Brown, Simmons, Ilarraza, and Wendt, pursuant to ECF 132 the parties agree there exists good cause to reopen the case as it pertains to these defendants. The parties agree that litigation in this case may not proceed against Defendant Wellpath.

6. Ms. Lammert and Sheriff Brown are currently set for mediation on June 17, 2025. After conferral, the parties agree that the most efficient use of resources is to set a telephone status conference to occur after that mediation. At that status conference, the parties will be prepared to address how the litigation of this case should proceed.

Wherefore, for the foregoing reasons, the parties jointly request that the Court enter an order re-opening the case as to all Defendants except Wellpath and that the Court set a telephonic status conference the week of June 23, 2025 to address how the case should proceed.

Dated: June 6, 2025

*/s Adam Frank*
Adam Frank
Frank Law Office LLC
1133 N Pennsylvania St.
Denver, CO 80203
Phone: (303) 800-8222
Fax: (303) 800-9122
adam@franklawoffice.com
*Attorney for Ms. Lammert*


*s/ Ashlee B. Hesman*
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Jeannette Lynn Simmons, Lynn Ilarraza, and Brenda Wendt*

Arapahoe County Attorney's Office

By:   *s/ Writer Mott*
Writer Mott
Deputy County Attorney
Rebecca M. Taylor
Senior Assistant County Attorney
Dawn L. Johnson
Senior Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80120-1136
Tele: 303-795-4639
WMott@arapahoegov.com
RTaylor@arapahoegov.com
DJohnson@arapahoegov.com
*Attorneys for Tyler S. Brown*

## Certificate of Service

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Dawn Lynnette Johnson    djohnson@arapahoegov.com

Writer Mott    wmott@arapahoegov.com

Rebecca McClain Taylor    rtaylor@arapahoegov.com

Daniel Struck    dstruck@strucklove.com

Kristina Rood    krood@strucklove.com

Ashlee Hesman    ahesman@strucklove.com


*/s Adam Frank*
Adam Frank
Frank Law Office LLC