IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00438-CNS-CYC

MELISSA LAMMERT,

    Plaintiff,

v.

WELLPATH, LLC;
JEANNETTE LYNN SIMMONS, Wellpath nurse;
LYNN ILARRAZA, A.K.A. LYNN LLARRAZA, Wellpath nurse;
BRENDA WENDT, Wellpath nurse; and
JOHN DOES #1-#5, Wellpath employees;

    Defendants.

## MINUTE ORDER

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on September 3, 2025.**

This matter is before the Court on the Joint Proposed Position on Case Management Deadlines, ECF No. 146, which was submitted in response to the Court's direction at the August 7, 2025 Status Conference. ECF No. 144 at 1–2. Based on the agreement of the parties, it is hereby ORDERED that the following deadlines are **SET**:

- Deadline for the plaintiff to amend the complaint to name Wellpath, LLC as a nominal defendant: **September 13, 2025**;
- Deadline for disclosure of affirmative experts: **November 14, 2025**;
- Deadline for disclosure of rebuttal experts: **December 15, 2025**; and
- Discovery cut-off: **March 13, 2026**.

It is further ORDERED that a **Status Conference** is set on **March 19, 2026 at 10:00 a.m.** in Courtroom C-205, on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.