IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00438-CNS-CYC

MELISSA LAMMERT,

       Plaintiff,

v.

WELLPATH, LLC, et al.,

       Defendants.

## DEFENDANTS' MOTION TO RESTRICT

Pursuant to D.C.COLO.LCIVR 7.2(c), Defendants respectfully move the Court to restrict Defendants' Motion to Modify Scheduling Order and Exhibits 1–10 attached to their Notice of Errata. (Dkts. 168; 169.) Specifically, they request a "Level 1" restriction which "limits access to the parties and the court" only. Plaintiff opposes Defendants' request. D.C.COLO.LCivR 7.1(a)[1]

---

[1] Pursuant to D.C.COLO.LCivR 7.1(a), Defendants conferred with Plaintiff on their request. Specifically, they emailed Plaintiff on November 11 and 12, 2025, to obtain Plaintiff's position. In doing so, Defendants advised that their Motion to Modify and Exhibits 1–10 attached to their Notice of Errata (both of which Defendants provided to Plaintiff for review) detail Defendant Wendt's medical conditions and explain how those medical conditions preclude her from sitting through a seven-hour deposition. Because of that disclosure, Defendants sought to restrict access to the documents to protect Defendant Wendt's confidential health information. Plaintiff's counsel, however, responded: "Based on the content of the documents you sent, I don't see anything that requires restriction. We oppose your having filed the documents as restricted and oppose a motion to restrict." As an initial matter, as Defendants stated in their Motion to Modify Scheduling Order, Plaintiff's position on Defendants' request provides further support for Defendants' argument that Plaintiff has opposed all reasonable requests Defendants

A Level 1 restriction is appropriate because Defendants' Motion to Modify Scheduling Order and Notice of Errata include Defendant Wendt's confidential health information. Specifically, Defendants describe in detail the medical conditions Defendant Wendt experiences and explain how those conditions affect her and preclude her from sitting through a seven-hour deposition. Such information is protected from disclosure by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and not accessible to the general public. Because information protected by HIPAA is not accessible to the public, it does not carry a presumption of public access and restricting the public's access does not harm any lawful interest. Defendants have requested a Level 1 restriction, which is the least restrictive status a filing may be given. Such restriction honors the protections afforded confidential health information, while also permitting the Court and parties to consider relevant information related to Defendants' request to modify the Scheduling Order.

Accordingly, Defendants respectfully request that the Court place a Level 1 restriction on Defendants' Motion to Modify Scheduling Order and Notice of Errata. (Dkts. 168; 169.)

---

have made in this case. (Dkt. 168 at 2 n.1.) And even in the face of Plaintiff's opposition to this reasonable request, restriction is appropriate where Defendant Wendt's medical conditions are not the subject of this litigation and HIPAA prohibits their disclosure.

Dated:  November 12, 2025

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Jeannette Lynn Simmons, Lynn Ilarraza, and Brenda Wendt*

- 4 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 12th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Adam Frank
adam@franklawoffice.com

Writer Mott
WMott@arapahoegov.com

Rebecca Taylor
RTaylor@arapahoegov.com

Dawn Johnson
DJohnson@arapahoegov.com

Christopher Ryan Jones
crjones@grsm.com

Kendra Nicole Stark
kstark@grsm.com

By: /s/ E. Percevecz

- 4 -