IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 24-cv-00438-CNS-CYC | Date: January 20, 2026 |
| Courtroom Deputy: Stephanie Price | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| MELISSA LAMMERT, | William Fairhurst (Phone) |
| | Adam Frank (Phone) |
|    Plaintiff, | |
| v. | |
| WELLPATH, LLC, | Ashlee B. Hesman (Phone) |
| JEANNETTE LYNN SIMMONS, | |
| LYNN ILARRAZA, | |
| BRENDA WENDT, | |
| WELLPATH LIQUIDATING TRUST, | |
|    Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**
**TELEPHONIC MOTION HEARING**

**11:01 a.m.    Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court for a Motions Hearing on the Defendants' Motion to Modify Scheduling Order [ECF No. 182].

Preliminary remarks by the Court.

Argument by Counsel on the motion.

For the reasons set forth on the record, it is

**ORDERED:**     Defendants' Motion to Modify Scheduling Order, ECF No. 182, is **GRANTED in part**.

The defendants shall bear the cost of expediting a transcript and shall disclose the expedited transcript to the plaintiffs once available.

The affirmative expert deadline is extended to March 20, 2026.

The rebuttal expert deadline is April 20, 2026.

The discovery deadline is June 22, 2026.

**11:17   a.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:16

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.